PRISONER CASE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

**Plaintiff(s):** TODD KEGEL

**Defendant(s):** ANDREW K. OTT, etc., et al.

**County of Residence:** MONTGOMERY

**County of Residence:**

**Plaintiff's Address:**

Todd Kegel
R-14664
Graham - GRM
P.O. Box 499
Hillsboro, IL   62049

**Defendant's Attorney:**

Chief of Criminal Appeals
Illinois Attorney General's Office
100 West Randolph - 12th Floor
Chicago, IL   60601

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [x] 3. Federal Question (U.S. gov't. not a party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

FILED
APR - 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Origin:**
- [x] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 530 Habeas general

**Cause of Action:** 28:2254

**Jury Demand:** [ ] Yes  [x] No

08CV50056
JUDGE KAPALA
MAG.JUDGE MAHONEY

**Signature:** A.E. Woodham     **Date:** 04/07/2008