FILED

APR 28 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Chief of Criminal Appeals
Attorney Generals Office
100 W. Randolph - 12th fl
Chgo, IL 60601

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
RECEIVED

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No
   APR 10 2008

Office Of The Attorney General
Office Services

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    7002 0510 0000 6469 3582

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

08-50056