# United States District Court
## Northern District of Illinois
### Western Division

Todd Kegel

**JUDGMENT IN A CIVIL CASE**

      v.

Case Number: 08 C 50056

Illinois Department of Corrections, et al.

☐       Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■       Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Todd Kegel has filed a petition for federal habeas relief and has paid the $5.00 filing fee. However, his petition for habeas corpus relief is dismissed without prejudice to petitioner seeking relief in state court. *See* Rule 4, Rules Governing § 2254 Cases. This case is terminated.

Michael W. Dobbins, Clerk of Court

Date: 5/14/2008           _____

/s/ Susan Wessman, Deputy Clerk